**In re Petition for DISCIPLINARY AC-
TION AGAINST Thomas G. ROWE,
an Attorney at Law of the State of
Minnesota.**

No. C1–98–964.

Supreme Court of Minnesota.

Jan. 8, 2001.

---

### ORDER

On September 21, 1998, this court pub-
licly reprimanded respondent Thomas G.
Rowe and placed him on probation for two
years. *See In re Rowe*, 583 N.W.2d 923
(1998). During probation, additional alle-
gations of unprofessional conduct were
brought to the attention of the Office of
Lawyers Professional Responsibility.

The Director of the Office of Lawyers
Professional Responsibility has investigat-
ed these allegations and filed a petition for
revocation of probation seeking further
disciplinary action against respondent.

Respondent has entered into a stipula-
tion with the Director in which he admits
the professional misconduct warranting
further public discipline, namely, assisting
a suspended lawyer in the unauthorized
practice of law, and neglecting and failing
to communicate with two clients in viola-
tion of Rules 1.3, 1.4, 5.5(b), and 8.4(d),
Minnesota Rules of Professional Conduct.

Respondent has waived his rights pursu-
ant to Rule 14, Rules on Lawyers Profes-
sional Responsibility (RLPR), and has,
with the Director, jointly recommend that
the appropriate discipline is a public repri-
mand and two years of supervised proba-
tion subject to the following conditions:

(1) Respondent shall abide by the
Minnesota Rules of Professional Con-
duct.

(2) Respondent shall initiate or continue
current treatment by a licensed consult-
ing psychologist or other mental health
professional acceptable to the Director,
and shall complete all therapy programs
recommended by the therapist.

(3) Respondent shall cooperate fully
with the Director's Office in its efforts to
monitor compliance with this probation
and promptly respond to the Director's
correspondence by the due date. Re-
spondent shall cooperate with the Di-
rector's investigation of any allegations
of unprofessional conduct which may
come to the Director's attention. Upon
the Director's request, respondent shall
provide authorization for release of in-
formation and documentation to verify
compliance with the terms of this proba-
tion.

(4) Respondent shall be supervised by a
licensed Minnesota attorney, appointed
by the Director to monitor compliance
with the terms of this probation. Re-
spondent shall provide to the Director
the names of four attorneys who have

agreed to be nominated as respondent's supervisor within two weeks from the date this stipulation is executed. If, after diligent effort, respondent is unable to locate a supervisor acceptable to the Director, the Director will seek to appoint a supervisor.

(5) Respondent shall initiate and maintain office procedures which ensure that there are prompt responses to correspondence, telephone calls, and other important communications from clients, courts and other persons interested in matters which respondent is handling, and which will ensure that respondent regularly reviews each and every file and completes legal matters on a timely basis.

(6) During probation, respondent shall limit his practice to the following areas:

  (a) Criminal law matters; and

  (b) Tax court matters.

This court has independently reviewed the file and approves the jointly recommended disposition.

IT IS HEREBY ORDERED that respondent Thomas G. Rowe is publicly reprimanded and placed on two years of supervised probation subject to the agreed-upon conditions set forth above.

BY THE COURT

Alan C. Page

Associate Justice